**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS UNITED,<br>1006 Pennsylvania Avenue, S.E.<br>Washington, DC 20003,<br><br>and<br><br>DAILY CALLER NEWS<br>  FOUNDATION<br>1050 17th Street, N.W., Suite 900<br>Washington, DC 20036,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>  OF JUSTICE,<br>OFFICE OF THE INSPECTOR GENERAL<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001,<br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 20-974 |

**COMPLAINT**

Plaintiffs Citizens United and Daily Caller News Foundation ("Plaintiffs") bring this action against Defendant the United States Department of Justice, Office of the Inspector General ("OIG") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiffs allege the following:

**JURISDICTION AND VENUE**

1.    The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.    Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff Citizens United is a Virginia non-stock corporation with its principal place of business in Washington, D.C.  Citizens United is organized and operated as a nonprofit membership organization that is exempt from federal income taxes under Section 501(c)(4) of the U.S. Internal Revenue Code ("IRC").  Citizens United seeks to promote social welfare through informing and educating the public with respect to conservative ideas and positions on issues, including constitutional principles, national defense, the free enterprise system, belief in God, and the family as the basic unit of society.  In furtherance of those ends, Citizens United produces and distributes information and documentary films on matters of public importance. Citizens United regularly requests access to the public records of federal government agencies, entities, and offices, to disseminate its findings to the public through its documentary films and publications.

4.      Plaintiff Daily Caller News Foundation is a nonprofit organization exempt from federal income taxes under IRC Section 501(c)(3) with its principal place of business in Washington, D.C.  Founded in 2011 by Tucker Carlson, a 20-year veteran of print and broadcast media, and Neil Patel, former chief policy adviser to Vice President Dick Cheney, Plaintiff provides original investigative reporting from a team of professional reporters that operates for the public benefit.  Plaintiff's website reaches approximately 3 million unique monthly visitors, and its content, which is available without charge to any eligible news publisher, is published daily by The Daily Caller, Yahoo News, Business Insider, and a growing host of other media outlets, reaching a combined audience in excess of 30 million readers.

5.      Defendant, the United States Department of Justice, Office of the Inspector General, is an independent entity in the Department of Justice, which is a department of the

United States Government and is headquartered at 950 Pennsylvania Avenue, N.W.,

Washington, D.C. 20530.  Defendant has possession, custody, and control of records to which

Plaintiffs seek access.

## STATEMENT OF FACTS

6.      Plaintiffs routinely submit FOIA requests, and this matter concerns one FOIA

request letter submitted to Defendant on February 24, 2020, which Defendant has failed to

process.

7.      On February 24, 2020, Citizens United and Daily Caller News Foundation

submitted a FOIA request via email to Defendant.  *See* Exhibit A.  The request reasonably

described the records sought as:

> all interview transcripts, interview summaries, interview notes and/or FBI
> 302s generated as a result of investigative interviews of the following
> individuals in the course of the Department of Justice Inspector General's
> investigation entitled "Review of Four FISA Applications and Other
> Aspects of the FBI's Crossfire Hurricane Investigation."
>
> • James Comey; Loretta Lynch; Sally Yates; Dana Boente; Andrew
> McCabe; Rod Rosenstein; James Baker; Bruce Ohr; Nellie Ohr; Christopher
> Steele; Peter Strzok; Lisa Page; Bill Priestap; Kathleen Kavalec; Andrew
> Weissmann; Zainab Ahmad; Bruce Swartz; Stuart Evans; Michael Atkinson;
> John Carlin; Mary McCord; George Toscas; David Laufman; James
> Rybicki; Michael Kortan; Case Agent 1; and Handling Agent 1.

8.      Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to

Plaintiffs' FOIA requests within 20 working days of each request.

9.      The OIG acknowledged receipt of the FOIA request on February 26, 2020.  *See*

Exhibit B.  Defendant's acknowledgment of Plaintiffs' FOIA request assigned the request

Tracking Number 20-OIG-171.

10.     As of the date of this Complaint, Defendant has failed to conduct a search for any responsive records, nor has it asserted any claims that responsive records are exempt from production.  Such refusal is in clear violation of both the letter and the spirit of FOIA.

11.     Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), Plaintiffs are deemed to have fully exhausted any and all administrative remedies with respect to their FOIA request.  *See* 5 U.S.C. § 552(a)(6)(C).

**CAUSE OF ACTION**
**(Violation of FOIA, 5 U.S.C. § 552)**

12.     Plaintiffs reallege paragraphs 1 through 11 as though fully set forth herein.

13.     Defendant has refused to conduct a search, failed to provide any records, and failed to claim any exemptions regarding Plaintiffs' February 24, 2020 FOIA request (20-OIG-171) within the statutory time limit.

14.     Plaintiffs are being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Plaintiffs will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Citizens United and Daily Caller News Foundation request that the Court grant all appropriate relief for the violations of FOIA alleged above, including:

a.   An order and judgment requiring the Defendant to conduct a search for any and all records responsive to Plaintiffs' FOIA request and to demonstrate that it employed search methods reasonably likely to lead to the discovery of all records responsive to Plaintiffs' request;

4

b. An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiffs' FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption;

c. An order and judgment permanently enjoining Defendant from continuing to withhold any and all non-exempt records in this case that are responsive to Plaintiffs' FOIA request;

d. Attorneys' fees and costs to Plaintiffs pursuant to any applicable statute or authority, including 5 U.S.C. § 552(a)(4)(E); and

e. Any other relief that this Court in its discretion deems just and proper.

> /s/ Jeremiah L. Morgan
> Jeremiah L. Morgan
> (D.C. Bar No. 1012943)
> Robert J. Olson
> (D.C. Bar No. 1029318)
> William J. Olson
> (D.C. Bar No. 233833)
> William J. Olson, P.C.
> 370 Maple Avenue West, Suite 4
> Vienna, VA 22180-5615
> 703-356-5070 (telephone)
> 703-356-5085 (fax)
> wjo@mindspring.com (e-mail)
>
> *Counsel for Plaintiffs*
> CITIZENS UNITED and
> DAILY CALLER NEWS FOUNDATION

Dated: April 14, 2020