UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED AND )
DAILY CALLER NEWS )
FOUNDATION )
        Plaintiffs, )
         ) Civ. A. No. 1:20-cv-00974 (CKK)
v. )
         )
U.S. DEPARTMENT OF JUSTICE, )
         )
        Defendant. )
         )

## JOINT STATUS REPORT

In accordance with the Court's Order dated May 22, 2020, *see* ECF No. 7, the Parties report as follows:

1. This is a Freedom of Information Act (FOIA) case in which Plaintiffs Citizens United and Daily Caller News Foundation ("Plaintiffs"), seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "the Department of Justice Inspector General's Investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation." Compl. ¶ 7, ECF No. 1.

2. Plaintiffs' Complaint describes their FOIA request as seeking the following records:

> All interview transcripts, interview summaries, interview notes and/or FBI 302s generated as a result of investigative interviews of the following individuals in the course of the Department of Justice Inspector General's investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'
>
> - James Comey; Loretta Lynch; Sally Yates; Dana Boente; Andrew McCabe; Rod Rosenstein; James Baker; Bruce Ohr; Nellie Ohr; Christopher Steele; Peter

1

Strzok; Lisa Page; Bill Priestap; Katheen Kavalec; Andrew Weissmann; Zainab Ahmad; Bruce Swartz; Stuart Evans; Michael Atkinson; John Carlin; Mary McCord; George Toscas; David Laufman; James Rybicki; Michael Kortan; Case Agent 1; and Handling Agent 1.

Compl. ¶ 7, ECF No. 1.

3. DOJ OIG has not issued a determination in response to the request.

4. The Parties conferred on Thursday, June 18, 2020 to discuss the status of OIG's responses to the requests.

5. OIG reported that all of the documents potentially responsive to Plaintiffs' request are maintained on a classified system(s) and can only be reviewed in a Sensitive Compartmented Information Facility ("SCIF") in OIG's offices.  In response to the COVID-19 crisis, OIG is in a maximum telework posture and is only authorizing personnel to go to the office to perform mission critical functions.  At this time, OIG does not consider the review of documents in a SCIF in OIG's offices for FOIA processing purposes to be a mission critical function.  Therefore, while OIG understands where to locate the universe of records potentially responsive to Plaintiffs' request, at this time, it is not in a position to process those records.  OIG will apprise Plaintiffs and the Court as soon as circumstances allow for processing to begin.

6. The Parties have further agreed to report back to the Court by July 10, 2020, on their progress.

7. At this time, Defendant does not believe an *Open America* motion is likely.  The Parties believe that it is premature to propose a summary judgment briefing schedule.

DATE:  June 19, 2020                              Respectfully submitted,


   /s/ Jeremiah L. Morgan_____
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*


JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs

/s/ Jonathan D. Kossak
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612; Fax (202) 616-8470
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*