# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS UNITED AND | ) | |
| DAILY CALLER NEWS | ) | |
| FOUNDATION | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. A. No. 1:20-cv-00974 (CKK) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SIXTEENTH JOINT STATUS REPORT

In accordance with the Parties' Fifteenth Joint Status Report, dated July 22, 2022, ECF No. 22, in this Freedom of Information Act ("FOIA") litigation, the parties report as follows:

1.     This is a FOIA case in which Plaintiffs Citizens United and Daily Caller News Foundation ("Plaintiffs"), seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "the Department of Justice Inspector General's Investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'"  Compl. ¶ 7, ECF No. 1.

2.     Plaintiffs' Complaint describes their FOIA request as seeking the following:

All interview transcripts, interview summaries, interview notes and/or FBI 302s generated as a result of investigative interviews of the following individuals in the course of the Department of Justice Inspector General's investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'

- James Comey; Loretta Lynch; Sally Yates; Dana Boente; Andrew McCabe; Rod Rosenstein; James Baker; Bruce Ohr; Nellie Ohr; Christopher Steele; Peter Strzok; Lisa Page; Bill Priestap; Katheen Kavalec; Andrew Weissmann; Zainab Ahmad; Bruce Swartz; Stuart Evans; Michael Atkinson; John Carlin; Mary McCord; George Toscas; David Laufman; James Rybicki; Michael Kortan; Case Agent 1; and Handling Agent 1.

Compl. ¶ 7, ECF No. 1.

3.    The FBI has received from OIG approximately 5,300 pages of interview transcripts responsive to Plaintiffs' FOIA request for consultation.  As stated in the Fifteenth JSR, ECF No. 22, in light of FBI's other responsibilities and the pace of OIG's progress, FBI has reduced its output to 300 pages per month.  *Id.* at 2 n.1.[1]  Starting this month, OIG began using its best efforts and additional resources in an attempt to increase its processing output to 250 pages per month, depending on the complexity of the material.  *See id.*

4.    Since July 2021, FBI will have provided OIG with 3,712 pages of records on consultation. OIG has initially processed 2,096 pages of material, has identified other equities in the material and has sent the material for consultation to another DOJ component and/or another federal agency.  OIG will continue to process the records returned by FBI at OIG's monthly rate of 250 pages per month.  OIG will use its best efforts to process the material it has sent out for consult once that material is returned from consultation on a timely basis.

5.    With respect to the existence of any potentially responsive interview summaries or notes, on January 12, 2021, OIG sent 41 pdf files containing approximately 1,000 pages of potentially responsive records to the FBI for consultation/sensitivity review.  The FBI will begin its review of these records once it has finished its consultation regarding the approximately 5,300 pages referenced in paragraph 4, above.  Once OIG begins to receive the material, it will assess its ability to process it and on what schedule.

6.    The OIG previously identified 5 additional transcripts and an additional 4 sets of notes that could not be sent electronically because of their level of classification.  OIG has submitted the material to a third-party agency, who began returning the material on a rolling basis

---

[1] Due to limited resources, it was impossible for FBI to process more than 24 pages for the month of August.  FBI is on schedule to return 300 pages to OIG by the end of this month.

in March 2022.

      7.      Finally, OIG has not identified any FBI 302s in its possession that were generated by OIG as a result of OIG's investigative interviews in the course of the investigation identified in the request.

      8.      At this time, Defendant does not believe an *Open America* motion is likely.  The Parties believe that it is premature to propose a summary judgment briefing schedule.

      9.      The Parties agree to report to the Court on their progress on **November 22, 2022**.


DATE:  September 22, 2022           Respectfully submitted,

                     /s/ *Jeremiah L. Morgan*
                     Jeremiah L. Morgan
                     (D.C. Bar No. 1012943)
                     Robert J. Olson
                     (D.C. Bar No. 1029318)
                     William J. Olson
                     (D.C. Bar No. 233833)
                     William J. Olson, P.C.
                     370 Maple Avenue West, Suite 4
                     Vienna, VA 22180-5615
                     703-356-5070 (telephone)
                     703-356-5085 (fax)
                     wjo@mindspring.com (e-mail)

                     *Counsel for Plaintiffs*

                     BRIAN M. BOYNTON
                     Principal Deputy Assistant Attorney General

                     ELIZABETH J. SHAPIRO
                     Deputy Director, Federal Programs

                     /s/ *Jonathan D. Kossak*
                     JONATHAN D. KOSSAK
                     Trial Attorney (DC Bar # 991478)
                     United States Department of Justice
                     Civil Division, Federal Programs Branch
                     1100 L Street, NW
                     Washington, D.C. 20005

Tel. (202) 305-0612; Fax (202) 616-8470
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*