# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED AND ) <br> DAILY CALLER NEWS ) <br> FOUNDATION ) <br>          Plaintiffs, ) <br>                     ) <br> v.                     ) <br>                     ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br>                     ) <br>          Defendant. ) | Civ. A. No. 1:20-cv-00974 (CKK) |

## EIGHTEENTH JOINT STATUS REPORT

In accordance with the Parties' Seventeenth Joint Status Report, dated November 22, 2022, ECF No. 25, in this Freedom of Information Act ("FOIA") litigation, the parties report as follows:

1. This is a FOIA case in which Plaintiffs Citizens United and Daily Caller News Foundation ("Plaintiffs"), seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "the Department of Justice Inspector General's Investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'" Compl. ¶ 7, ECF No. 1.

2. Plaintiffs' Complaint describes their FOIA request as seeking the following:

All interview transcripts, interview summaries, interview notes and/or FBI 302s generated as a result of investigative interviews of the following individuals in the course of the Department of Justice Inspector General's investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'

- James Comey; Loretta Lynch; Sally Yates; Dana Boente; Andrew McCabe; Rod Rosenstein; James Baker; Bruce Ohr; Nellie Ohr; Christopher Steele; Peter Strzok; Lisa Page; Bill Priestap; Katheen Kavalec; Andrew Weissmann; Zainab Ahmad; Bruce Swartz; Stuart Evans; Michael Atkinson; John Carlin; Mary McCord; George Toscas; David Laufman; James Rybicki; Michael Kortan; Case Agent 1; and Handling Agent 1.

1

Compl. ¶ 7, ECF No. 1.

3. The FBI has received from OIG approximately 5,300 pages of interview transcripts responsive to Plaintiffs' FOIA request for consultation and has been processing records at a rate of 300 pages per month. Since July 2021, FBI has conducted a consult on and returned 4,915 pages of records to the OIG. OIG has completed its processing of material related to Loretta Lynch, Bruce Swartz, Lisa Page, Nellie Ohr, Kathleen Kavalec and Zainab Ahmad. OIG is awaiting the return of consultations for Lynch, Swartz, Ahmad and Nellie Ohr, has been diligently following up with the consulting agency(ies)/component(s), and will produce the non-exempt portions of those records to Plaintiffs following the completion of the consultation process. OIG is currently conducting a second-level review of the Page, Kavalec, and Ahmad materials to determine if any consultation is needed. OIG is currently processing material related to Christopher Steele. If OIG identifies equities of other Executive branch agencies and/or DOJ components in these materials, OIG will have to submit those for consultation. OIG will continue to process the records returned by FBI at OIG's monthly rate of 250 pages per month. OIG will use its best efforts to process the material it has sent out for consult once that material is returned from consultation on a timely basis.

4. With respect to the existence of any potentially responsive interview summaries or notes, on January 12, 2021, OIG sent 41 pdf files containing approximately 1,000 pages of potentially responsive records to the FBI for consultation/sensitivity review. The FBI will begin its review of these records once it has finished its consultation regarding the approximately 5,300 pages referenced in paragraph 3, above. Once OIG begins to receive the material, it will assess its ability to process it and on what schedule.

5. The OIG previously identified 5 additional transcripts and an additional 4 sets of

notes that could not be sent electronically because of their level of classification. OIG has submitted the material to a third-party agency, which began returning the material on a rolling basis in March 2022.

6. Finally, OIG has not identified any FBI 302s in its possession that were generated by OIG as a result of OIG's investigative interviews in the course of the investigation identified in the request.

7. At this time, Defendant does not believe an *Open America* motion is likely. The Parties believe that it is premature to propose a summary judgment briefing schedule.

8. The Parties agree to report to the Court on their progress on **March 24, 2023**.

DATE: January 23, 2023                      Respectfully submitted,

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney (NC Bar # 46578)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 616-8467; Fax (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*