IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED AND ) <br> DAILY CALLER NEWS ) <br> FOUNDATION ) <br>        Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br>        Defendant. ) <br> _____) | Civ. A. No. 1:20-cv-00974 (CKK) |

**TWENTIETH JOINT STATUS REPORT**

In accordance with the Parties' Nineteenth Joint Status Report, dated March 24, 2023, ECF No. 27, in this Freedom of Information Act ("FOIA") litigation, the parties report as follows:

1.  This is a FOIA case in which Plaintiffs Citizens United and Daily Caller News Foundation ("Plaintiffs"), seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "the Department of Justice Inspector General's Investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'" Compl. ¶ 7, ECF No. 1.

2.  Plaintiffs' Complaint describes their FOIA request as seeking the following:

All interview transcripts, interview summaries, interview notes and/or FBI 302s generated as a result of investigative interviews of the following individuals in the course of the Department of Justice Inspector General's investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'

- James Comey; Loretta Lynch; Sally Yates; Dana Boente; Andrew McCabe; Rod Rosenstein; James Baker; Bruce Ohr; Nellie Ohr; Christopher Steele; Peter Strzok; Lisa Page; Bill Priestap; Katheen Kavalec; Andrew Weissmann; Zainab Ahmad; Bruce Swartz; Stuart Evans; Michael Atkinson; John Carlin; Mary McCord; George Toscas; David Laufman; James Rybicki; Michael Kortan; Case Agent 1; and Handling Agent 1.

1

Compl. ¶ 7, ECF No. 1.

3. The FBI has received from OIG approximately 6,345 pages of interview transcripts responsive to Plaintiffs' FOIA request for consultation and has been processing records at a rate of 300 pages per month. Since July 2021, FBI has conducted a consult on and returned 6,099 pages of records to the OIG. On February 3, 2023, OIG released to Plaintiffs the non-exempt portions of 460 pages of material related to Loretta Lynch, Kathleen Kavalec, Lisa Page, and Nellie Ohr. OIG has completed its initial processing and second-level review of material related to Bruce Swartz, Zainab Ahmad, and Andrew Weissmann. OIG is awaiting the return of consultations for Swartz, Ahmad, and Weissmann, has been diligently following up with the consulting agency(ies)/component(s), and will produce the non-exempt portions of those records to Plaintiffs following the completion of the consultation process. OIG is currently processing material related to Christopher Steele and E.W. Priestap. If OIG identifies equities of other Executive branch agencies and/or DOJ components in these materials, OIG will have to submit those for consultation. If OIG identifies equities of other Executive branch agencies and/or DOJ components in these materials, OIG will have to submit those for consultation. OIG Office General Counsel recently experienced a reduction in its workforce and currently has a single processor for this case, and other FOIA-related case work. For this reason OIG expects that it can process the records returned by FBI at a maximum rate of 150 pages per month. OIG will use its best efforts to process the material it has sent out for consult once that material is returned from consultation on a timely basis.

4. With respect to the existence of any potentially responsive interview summaries or notes, on January 12, 2021, OIG sent 41 pdf files containing approximately 1,000 pages of potentially responsive records to the FBI for consultation/sensitivity review. The FBI will begin

its review of these records once it has finished its consultation regarding the approximately 6,345 pages referenced in paragraph 3, above. Once OIG begins to receive the material, it will assess its ability to process it and on what schedule.

5.  OIG has identified additional transcripts and sets of notes that could not be sent electronically because of their level of classification. OIG has submitted or will soon submit the material to a third-party agency, which is returning the material on a rolling basis.

6.  Finally, OIG has not identified any FBI 302s in its possession that were generated by OIG as a result of OIG's investigative interviews in the course of the investigation identified in the request.

7.  At this time, Defendant does not believe an *Open America* motion is likely. The Parties believe that it is premature to propose a summary judgment briefing schedule.

8.  The Parties agree to report to the Court on their progress on **July 24, 2023**.

DATE: May 23, 2023

Respectfully submitted,

/s/ *Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

Case 1:20-cv-00974-CKK   Document 28   Filed 05/23/23   Page 4 of 4

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs

/s/ *Courtney D. Enlow*
COURTNEY D. ENLOW
Senior Trial Counsel (NC Bar # 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 616-8467; Fax (202) 616-8470
Email:  courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

4