**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS UNITED AND | ) | |
| DAILY CALLER NEWS | ) | |
| FOUNDATION | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. A. No. 1:20-cv-00974 (CKK) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TWENTY-THIRD JOINT STATUS REPORT**

In accordance with the Parties' Twenty-Second Joint Status Report, dated September 22, 2023, ECF No. 31, in this Freedom of Information Act ("FOIA") litigation, the parties report as follows:

1.     This is a FOIA case in which Plaintiffs Citizens United and Daily Caller News Foundation ("Plaintiffs"), seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "the Department of Justice Inspector General's Investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'"  Compl. ¶ 7, ECF No. 1.

2.     Plaintiffs' Complaint describes their FOIA request as seeking the following:

All interview transcripts, interview summaries, interview notes and/or FBI 302s generated as a result of investigative interviews of the following individuals in the course of the Department of Justice Inspector General's investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'

- James Comey; Loretta Lynch; Sally Yates; Dana Boente; Andrew McCabe; Rod Rosenstein; James Baker; Bruce Ohr; Nellie Ohr; Christopher Steele; Peter Strzok; Lisa Page; Bill Priestap; Katheen Kavalec; Andrew Weissmann; Zainab Ahmad; Bruce Swartz; Stuart Evans; Michael Atkinson; John Carlin; Mary McCord; George Toscas; David Laufman; James Rybicki; Michael Kortan;

Case Agent 1; and Handling Agent 1.

Compl. ¶ 7, ECF No. 1.

3.      The OIG has identified approximately 7,897 pages of potentially responsive records.[1]  The FBI has received from OIG approximately 7,112 pages of interview transcripts and notes responsive to Plaintiffs' FOIA request for consultation.  Since July 2021, FBI has conducted a consult on and returned 6,803 pages of records to OIG.[2]  On February 3, 2023, OIG released to Plaintiffs the non-exempt portions of 460 pages of material related to Loretta Lynch, Kathleen Kavalec, Lisa Page, and Nellie Ohr.  OIG has completed its initial processing and second-level review of material related to Bruce Swartz, Zainab Ahmad, and Andrew Weissmann.  OIG is awaiting the return of consultations for Swartz, Ahmad, and Weissmann, has been diligently following up with the consulting agency(ies)/component(s), and will produce the non-exempt portions of those records to Plaintiffs following the completion of the consultation process.[3]  OIG is currently processing material related to Christopher Steele and E.W. Priestap.  If OIG identifies equities of other Executive branch agencies and/or DOJ components in these materials, OIG will have to submit those for consultation.  OIG Office General Counsel experienced a reduction in its workforce in June 2023 and currently has a single processor for this case and other FOIA-related case work.  For this reason, OIG expects that it can process the records returned by FBI at a

---

[1] The page counts were updated in the Parties' Twenty-First JSR, DE 29, based on OIG's recount of potentially responsive pages.  OIG has identified an additional 12 pages that it had missed in its earlier recount.

[2] The FBI paused processing for this case in June and July 2023 due to the reduction in workforce at OIG but resumed processing records for this case in August, returning 303 pages of material to OIG on August 30, 2023.  FBI returned 152 pages of material to OIG on September 30, 2023.  In addition, upon further review, FBI has determined that it provided OIG with 91 pages on June 17, 2022, that was not previously accounted for in the total count in prior JSRs.

[3] On August 3, 2023, OIG received 164 pages of material related to Zainab Ahmad back from a consulting agency/component.  OIG submitted that material to one other agency/component for consultation on August 30, 2023, and received it back on September 14, 2023.  OIG then submitted the material to a third agency/component on September 19, 2023.  On November 6, 2023, OIG received 229 pages of material related to Andrew Weissmann back from a consulting agency/component.  OIG has determined that additional consultations are necessary and sent the material to two consulting agencies/components on November 13 and 15, 2023.

maximum rate of 150 pages per month.[4]  OIG will use its best efforts to process the material it has sent out for consult once that material is returned from consultation on a timely basis.

      4.      Of the approximately 7,897 pages of potentially responsive records identified in paragraph 3 above, OIG has identified approximately 773 pages of transcripts and notes that cannot be sent electronically because of their level of classification.  OIG submitted the material to a third-party agency on October 10, 2023, which has been returning material on a rolling basis in connection with this matter.

      5.      Finally, OIG has not identified any FBI 302s in its possession that were generated by OIG as a result of OIG's investigative interviews in the course of the investigation identified in the request.

      6.      At this time, Defendant does not believe an *Open America* motion is likely.  The Parties believe that it is premature to propose a summary judgment briefing schedule.

      7.      The Parties agree to report to the Court on their progress on **December 22, 2023**.


DATE:  November 22, 2023            Respectfully submitted,

                                    */s/ Jeremiah L. Morgan*
                                    Jeremiah L. Morgan
                                    (D.C. Bar No. 1012943)
                                    Robert J. Olson
                                    (D.C. Bar No. 1029318)
                                    William J. Olson
                                    (D.C. Bar No. 233833)
                                    William J. Olson, P.C.
                                    370 Maple Avenue West, Suite 4
                                    Vienna, VA 22180-5615
                                    703-356-5070 (telephone)
                                    703-356-5085 (fax)
                                    wjo@mindspring.com (e-mail)

---

[4] The parties will be conferring regarding this processing rate over the next several weeks and will report back to the Court on any resolution or disagreement in the next JSR.

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs

*/s/ Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612; Fax (202) 616-8470
Email:  jonathan.kossak@usdoj.gov

*Counsel for Defendant*