**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS UNITED AND | ) | |
| DAILY CALLER NEWS | ) | |
| FOUNDATION | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. A. No. 1:20-cv-00974 (CKK) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## THIRTY-EIGHTH JOINT STATUS REPORT

In accordance with the parties' Thirty-Seventh Joint Status Report, dated April 10, 2026,

ECF No. 49, in this Freedom of Information Act ("FOIA") litigation, the parties report as follows:

1.      This is a FOIA case in which Plaintiffs Citizens United and Daily Caller News

Foundation ("Plaintiffs"), seek records from the U.S. Department of Justice's ("DOJ") Office of

the Inspector General ("OIG") pertaining to what Plaintiffs allege was "the Department of Justice

Inspector General's Investigation entitled 'Review of Four FISA Applications and Other Aspects

of the FBI's Crossfire Hurricane Investigation.'"  Compl. ¶ 7, ECF No. 1.

2.      Plaintiffs' Complaint describes their FOIA request as seeking the following:

All interview transcripts, interview summaries, interview notes and/or FBI 302s
generated as a result of investigative interviews of the following individuals in the
course of the Department of Justice Inspector General's investigation entitled
'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire
Hurricane Investigation.'

- James Comey; Loretta Lynch; Sally Yates; Dana Boente; Andrew McCabe;
  Rod Rosenstein; James Baker; Bruce Ohr; Nellie Ohr; Christopher Steele; Peter
  Strzok; Lisa Page; Bill Priestap; Katheen Kavalec; Andrew Weissmann; Zainab
  Ahmad; Bruce Swartz; Stuart Evans; Michael Atkinson; John Carlin; Mary
  McCord; George Toscas; David Laufman; James Rybicki; Michael Kortan;
  Case Agent 1; and Handling Agent 1.

1

Compl. ¶ 7, ECF No. 1.

3.      The OIG has identified approximately 7,897 pages of potentially responsive records.[1]   The FBI has received from OIG 6,800 pages of interview transcripts and notes responsive to Plaintiffs' FOIA request for consultation.  Since July 2021, FBI has conducted a consult on and returned 6,800 pages of records to OIG.[2]  On February 3, 2023, OIG released to Plaintiffs the non-exempt portions of 460 pages of material related to Loretta Lynch, Kathleen Kavalec, Lisa Page, and Nellie Ohr.  On April 2, 2024, OIG released to Plaintiffs the non-exempt portions of 229 pages of material related to Andrew Weissmann.  OIG has completed its initial processing and second-level review of material related to Bruce Swartz and Zainab Ahmad.  On March 3, 2025, the OIG received return of consultation material related to Ahmad.  On September 30, 2025, the OIG sent plaintiffs a further partial response with materials related to Zainab Ahmad. On February 26, 2026, the OIG received return of consultation material related to Bruce Swartz. The OIG will begin incorporating component equities into the Swartz material and will produce the non-exempt portions of those records to Plaintiffs following the completion of the processing.[3] OIG is currently processing material related to Christopher Steele, E.W. Priestap, Peter Strzok and

---

[1] The page counts were updated in the parties' Twenty-First JSR, DE 29, based on OIG's recount of potentially responsive pages.  OIG identified an additional 12 pages that it had missed in its earlier recount.  *See* Twenty-Third JSR ¶ 3 n.1, DE 32.

[2] The FBI paused processing for this case in June and July 2023 due to the reduction in workforce at OIG but resumed processing records for this case in August, returning 303 pages of material to OIG on August 30, 2023.  FBI returned 152 pages of material to OIG on September 30, 2023.  In addition, upon further review, FBI has determined that it provided OIG with 91 pages on June 17, 2022, that was not previously accounted for in the total count in prior JSRs.  In prior JSRs, the parties reported that OIG had sent FBI 7,112 pages of interview transcripts and notes responsive to Plaintiffs' FOIA request for consultation.  Upon further review, the correct number appears to be 6,800.

[3] As for material related to Bruce Swartz, on January 10, 2024, OIG received 28 pages and on February 26, 2026, the OIG received 299 pages back from a consulting agency/component.

Bruce Ohr. If OIG identifies equities of other Executive branch agencies and/or DOJ components in these materials, OIG will have to submit those for consultation. OIG's Office of General Counsel currently has a single processor with sufficient experience and security clearance for this case and other complex FOIA-related case work. For this reason, OIG expects that it can process records returned by FBI at a maximum rate of 150 pages per month. OIG will use its best efforts to process the material it has sent out for consult once that material is returned from consultation on a timely basis.

4.      Of the approximately 7,897 pages of potentially responsive records identified in paragraph 3 above, OIG has identified approximately 1,097 pages of transcripts and notes that cannot be sent electronically because of their level of classification.[4] OIG submitted the majority of this material to a third-party agency on October 10, 2023, which has been returning material on a rolling basis in connection with this matter.

5.      Finally, OIG has not identified any FBI 302s in its possession that were generated by OIG as a result of OIG's investigative interviews in the course of the investigation identified in the request.

6.      At this time, Defendant does not believe an *Open America* motion is likely. The parties believe that it is premature to propose a summary judgment briefing schedule.

7.      Per the parties' previous status report, the parties have agreed to resume rolling status reports every other month on the tenth day of the month, or the next corresponding

---

[4] In prior JSRs, OIG reported that the number was 773 pages. Upon further review, a single 324-page transcript that was originally counted among the materials sent to FBI on consult, *see supra* ¶ 3 & n. 2, was actually sent to the third-party agency.

business day as determined by Fed. R. Civ. P. 6(a)(1)(C) if the tenth is a Saturday, Sunday, or

legal holiday.  On this schedule, the parties' next status report would be due on **August 10, 2026**.


DATE:  June 10, 2026                    Respectfully submitted,

                                        /s/ *Jeremiah L. Morgan*
                                        Jeremiah L. Morgan
                                        (D.C. Bar No. 1012943)
                                        William J. Olson
                                        (D.C. Bar No. 233833)
                                        William J. Olson, P.C.
                                        370 Maple Avenue West, Suite 4
                                        Vienna, VA 22180-5615
                                        703-356-5070 (telephone)
                                        703-356-5085 (fax)
                                        wjo@mindspring.com (e-mail)

                                        *Counsel for Plaintiffs*

                                        BRETT A. SHUMATE
                                        Assistant Attorney General, Civil Division

                                        ELIZABETH J. SHAPIRO
                                        Deputy Director, Federal Programs

                                        /s/ *Jacqueline Lau*
                                        JACQUELINE LAU
                                        (DC Bar No. 90024952)
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L St. NW
                                        Washington, DC 20005
                                        Phone: (202) 598-0914
                                        E-mail: Jacqueline.c.lau@usdoj.gov

                                        *Counsel for Defendant*