**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS UNITED AND DAILY CALLER NEWS FOUNDATION<br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | ) | Civ. A. No. 1:20-cv-00974 (CKK) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that, consistent with Local Rule 83.6, undersigned attorney Jacqueline C. Lau, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby respectfully notices her withdrawal from this case. Defendant will remain represented in this case by another attorney from the Department of Justice, Michael J. Gerardi, who has previously appeared in this case.

Date: July 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs

/s/ *Jacqueline C. Lau*
Jacqueline C. Lau
(DC Bar No. 90024952)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 598-0914

E-mail: Jacqueline.c.lau@usdoj.gov

*Counsel for Defendant*