**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS UNITED AND | ) | |
| DAILY CALLER NEWS | ) | |
| FOUNDATION | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. A. No. 1:20-cv-00974 (CKK) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

In accordance with the parties' Thirty-Eighth Joint Status Report, dated June 10, 2026, ECF No. 50, in this Freedom of Information Act ("FOIA") litigation, the parties submit the following status report *nunc pro tunc*:

1.     This is a FOIA case in which Plaintiffs Citizens United and Daily Caller News Foundation ("Plaintiffs"), seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "the Department of Justice Inspector General's Investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'"  Compl. ¶ 7, ECF No. 1.

2.     Plaintiffs' Complaint describes their FOIA request as seeking the following:

All interview transcripts, interview summaries, interview notes and/or FBI 302s generated as a result of investigative interviews of the following individuals in the course of the Department of Justice Inspector General's investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'

- James Comey; Loretta Lynch; Sally Yates; Dana Boente; Andrew McCabe; Rod Rosenstein; James Baker; Bruce Ohr; Nellie Ohr; Christopher Steele; Peter Strzok; Lisa Page; Bill Priestap; Katheen Kavalec; Andrew Weissmann; Zainab Ahmad; Bruce Swartz; Stuart Evans; Michael Atkinson; John Carlin; Mary McCord; George Toscas; David Laufman; James Rybicki; Michael Kortan;

1

Case Agent 1; and Handling Agent 1.

Compl. ¶ 7, ECF No. 1.

3.     The processing history of the requests in this case is well known to the Court and has been documented in multiple status reports. *See, e.g.*, ECF No. 50.

4.     The parties agree on the need to change the case management plan in this case in order to move it forward in a productive manner. Because counsel for Defendant is currently on personal leave, the parties agree that a discussion of how best to do so is best reserved until he returns from leave. The parties therefore intend to file a further joint status report on August 20, 2026, to report on next steps in the case.

DATE:  August 11, 2026

Respectfully submitted,

/s/ *Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005

Phone: (202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendant*