**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS UNITED AND DAILY CALLER NEWS FOUNDATION<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | Civ. A. No. 1:20-cv-00974 (CKK) |

## JOINT STATUS REPORT

In accordance with the parties' Joint Status Report, dated August 20, 2026, ECF No. 54, in this Freedom of Information Act ("FOIA") litigation, the parties submit the following status report:

1. This is a FOIA case in which Plaintiffs Citizens United and Daily Caller News Foundation ("Plaintiffs"), seek records from the U.S. Department of Justice's ("DOJ") Office of the Inspector General ("OIG") pertaining to what Plaintiffs allege was "the Department of Justice Inspector General's Investigation entitled 'Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation.'" Compl. ¶ 7, ECF No. 1.

2. The processing history of the requests in this case is well known to the Court and has been documented in multiple status reports. *See, e.g.*, ECF No. 50.

3. Plaintiffs' counsel's lead counsel changed in late August and Defendant's counsel changed last month. Processing of documents continues, and the parties are scheduled to confer on Wednesday, October 21, 2026.

4. Unless the parties develop a different plan to resolve issues, the Parties will file subsequent joint status reports every 60 days from now, as this court directed on September 16, 2026.

DATE: October 20, 2026

Respectfully submitted,

/s/ *William J. Olson*
William J. Olson (D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Michael Polito*
MICHAEL S. POLITO
Trial Attorney (DC Bar No. 90041172)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 288-5180
Email: michael.s.polito@usdoj.gov

*Counsel for Defendant*